# Exhibit C



IN THE UNITED STATES PATENT AND TRADEMARK OFFICE

In re the Application of

| | | |
|---|---|---|
| Inventor: | Christian WENGERTER et al. | Art Unit 2611 |
| Appln. No.: | 11/633,421 | Exr. T. Ghebretinsae |
| Filed: | December 5, 2006 | Conf. No. 1978 |
| For: | CONSTELLATION REARRANGEMENT FOR ARQ TRANSMIT DIVERSITY SCHEMES | |

<u>AMENDMENT UNDER 37 CFR § 1.111</u>

Commissioner for Patents
P.O. Box 1450
Alexandria, VA 22313-1450

Sir:

In response to the Office Action dated April 17, 2008, please amend the above-captioned application as follows:

IN THE CLAIMS

Please amend the claims to read as follows:

Listing of Claims

1-23. (Canceled).

24. (Currently Amended) An ARQ re-transmission method in a wireless communication system wherein data packets are transmitted from a transmitter to a receiver using a higher order modulation scheme wherein more than two data bits are mapped onto one data symbol to perform a first transmission and at least a second transmission based on a repeat request, the method comprising:

modulating data packets at the transmitter using a first mapping of said higher order modulation scheme to obtain first data symbols;

performing the first transmission by transmitting the first data symbols over a first diversity branch to the receiver;

receiving at the transmitter the repeat request issued by the receiver to retransmit the data packets in case the data packets of the first transmission have not been successfully decoded;

modulating, in response to the received repeat request, said data packets at the transmitter using a second mapping of said higher order modulation scheme to obtain second data symbols;

performing, in response to the received repeat request, the second transmission by transmitting the second data symbols over a second diversity branch to the receiver;

demodulating the received first and second data symbols at the receiver using the first and second mappings respectively; and

diversity combining the demodulated data received over the first and second diversity branches, wherein:

the first and second mapping of said higher order modulation schemes are pre-stored in a memory table.

25. (Currently Amended)  The method according to claim 24, wherein properties of the first and second mappings ~~modulation schemes~~ are obtained by (a) interleaving positions of the bits, in the bit sequence of the modulation scheme or (b) inverting bit values of the bits in the bit series of the modulation scheme.

26. (Currently Amended)  An ARQ re-transmission method in a wireless communication system wherein data packets are transmitted from a transmitter to a receiver using a higher order modulation scheme wherein more than two data bits are mapped onto one data symbol to perform a first transmission and at least a second transmission based on a repeat request, the method comprising:

modulating data packets at the transmitter using a first mapping of said higher order modulation scheme to obtain first data symbols;

performing the first transmission by transmitting the first data symbols over a first diversity branch to the receiver;

<u>receiving at the transmitter the repeat request issued by the receiver to retransmit the data packets in case the data packets of the first transmission have not been successfully decoded;</u>

modulating, in response to the received repeat request, said data packets at the transmitter using a second mapping of said higher order modulation scheme to obtain second data symbols;

performing, in response to the received repeat request, the second transmission by transmitting the second data symbols over a second diversity branch to the receiver;

demodulating the received first and second data symbols at the receiver using the first and second mappings respectively; and

diversity combining the demodulated data received over the first and second diversity branches, wherein:

the first and second mapping of said higher order modulation schemes are signaled to the receiver.

27. (Currently Amended) The method according to claim 26, wherein properties of the first and second <u>mappings</u> ~~modulation schemes~~ are obtained by (a) interleaving positions of the bits, in the bit sequence of the modulation scheme or (b) inverting bit values of the bits in the bit series of the modulation scheme.

28. (Currently Amended) A reception method for receiving transmissions in accordance with an ARQ re-transmission scheme used in a wireless communication system in which data packets are transmitted from a transmitter using a higher order modulation scheme wherein more than two data bits are mapped onto one data symbol to perform a first transmission and at least a

4

second transmission based on a repeat request, wherein the transmitter modulates data packets using a first mapping of said higher order modulation scheme to obtain first data symbols, performs said first transmission by transmitting the first data symbols over a first diversity branch to the receiver, modulates the data packets using a second mapping of said higher order modulation scheme to obtain second data symbols, and performs said second transmission by transmitting the second data symbols over a second diversity branch to the receiver, said reception method comprising:

demodulating the received first data symbols using the first mapping;

communicating, to the transmitter, the repeat request to retransmit the data packets if the demodulated first data symbols are not successfully decoded;

demodulating, based upon the repeat request, the received ~~first and~~ second data symbols using the ~~first and~~ second mapping ~~mappings respectively~~; and

diversity combining, based upon the repeat request, the demodulated data received over the first and second diversity branches, wherein:

the first and second mapping of said higher order modulation schemes are pre-stored in a memory table.


29. (Currently Amended) The method according to claim 28, wherein properties of the first and second mappings ~~modulation schemes~~ are obtained by (a) interleaving positions of the bits, in the bit sequence of the modulation scheme or (b) inverting bit values of the bits in the bit series of the modulation scheme.

30. (Currently Amended) A method of receiving transmissions in accordance with an ARQ re-transmission scheme used in a wireless communication system in which data packets are transmitted from a transmitter using a higher order modulation scheme wherein more than two data bits are mapped onto one data symbol to perform a first transmission and at least a second transmission based on a repeat request, wherein the transmitter modulates data packets using a first mapping of said higher order modulation scheme to obtain first data symbols, performs said first transmission by transmitting the first data symbols over a first diversity branch to the receiver, modulates the data packets using a second mapping of said higher order modulation scheme to obtain second data symbols, and performs said second transmission by transmitting the second data symbols over a second diversity branch to the receiver, said method comprising:

<u>demodulating the received first data symbols using the first mapping;</u>

<u>communicating, to the transmitter, the repeat request to retransmit the data packets if the demodulated first data symbols are not successfully decoded;</u>

demodulating<u>, based upon the repeat request,</u> the received ~~first and~~ second data symbols using the ~~first and~~ second mapping <u>mappings</u> ~~respectively~~; and

diversity combining<u>, based upon the repeat request,</u> the demodulated data received over the first and second diversity branches, wherein:

the first and second mapping of said higher order modulation schemes are signaled to the receiver.

31. (Currently Amended) The method according to claim 30, wherein properties of the first and second <u>mappings</u> ~~modulation schemes~~ are obtained by (a) interleaving positions of the

6

bits, in the bit sequence of the modulation scheme or (b) inverting bit values of the bits in the bit series of the modulation scheme.

32. (Currently Amended) A transmitter for use in an ARQ re-transmission method in a wireless communication system wherein data packets are transmitted to a receiver using a higher order modulation scheme wherein more than two data bits are mapped onto one data symbol to perform a first transmission and at least a second transmission based on a repeat request received from a receiver, the transmitter comprising:

a modulation section that modulates data packets using a first mapping of said higher order modulation scheme to obtain first data symbols;

a transmission section that performs the first transmission by transmitting the first data symbols over a first diversity branch to the receiver;

<u>a receiving section that receives the repeat request issued by the receiver to retransmit the data packets in case the data packets of the first transmission have not been successfully decoded,</u> wherein:

said modulation section<u>, in response to the received repeat request,</u> modulates said data packets using a second mapping of said higher order modulation scheme to obtain second data symbols;

said transmission section<u>, in response to the received repeat request,</u> performs the second transmission by transmitting the second data symbols over a second diversity branch to the receiver;

and the first and second mapping of said higher order modulation schemes are pre-stored in a memory table.

33. (Currently Amended) The method according to claim 32, wherein properties of the first and second <u>mappings</u> <s>modulation schemes</s> are obtained by (a) interleaving positions of the bits, in the bit sequence of the modulation scheme or (b) inverting bit values of the bits in the bit series of the modulation scheme.

34. (Currently Amended) A transmitter for use in an ARQ re-transmission method in a wireless communication system wherein data packets are transmitted to a receiver using a higher order modulation scheme wherein more than two data bits are mapped onto one data symbol to perform a first transmission and at least a second transmission based on a repeat request received from a receiver, the transmitter comprising:

a modulation section that modulates data packets using a first mapping of said higher order modulation scheme to obtain first data symbols;

a transmission section that performs the first transmission by transmitting the first data symbols over a first diversity branch to the receiver<u>;</u>

<u>a receiving section that receives the repeat request issued by the receiver to retransmit the data packets in case the data packets of the first transmission have not been successfully decoded</u>, wherein:

8

said modulation section, in response to the received repeat request, modulates said data packets using a second mapping of said higher order modulation scheme to obtain second data symbols;

said transmission section, in response to the received repeat request, performs the second transmission by transmitting the second data symbols over a second diversity branch to the receiver; and

the first and second mapping of said higher order modulation schemes are signaled to the receiver.

35. (Currently Amended) The transmitter according to claim 34, wherein properties of the first and second mappings modulation schemes are obtained by (a) interleaving positions of the bits, in the bit sequence of the modulation scheme or (b) inverting bit values of the bits in the bit series of the modulation scheme.

36. (Currently Amended) A receiver for use in an ARQ re-transmission method in a wireless communication system in which data packets are transmitted from a transmitter to the receiver using a higher order modulation scheme wherein more than two data bits are mapped onto one data symbol to perform a first transmission and at least a second transmission based on a repeat request, wherein the transmitter modulates data packets using a first mapping of said higher order modulation scheme to obtain first data symbols, performs said first transmission by transmitting the first data symbols over a first diversity branch to the receiver, modulates the data packets using a second mapping of said higher order modulation scheme to obtain second data

9

symbols, and performs said second transmission by transmitting the second data symbols over a second diversity branch to the receiver, said receiver comprising:

<u>a demodulation section that demodulates the received first data symbols using the first mapping;</u>

<u>a communication section that communicates, to the transmitter, the repeat request to retransmit the data packets if the data packets are not successfully decoded ; and</u>

<u>a combination section, wherein:</u>

<u>the</u> a demodulation section<u>, based upon the repeat request,</u> ~~that~~ demodulates the received ~~first and~~ second data symbols using the ~~first and~~ second <u>mapping,</u> ~~mappings respectively; and~~

<u>the</u> a combination section<u>, based upon the repeat request,</u> ~~that~~ diversity combines the demodulated data received over the first and second diversity branches, <u>and</u> ~~wherein:~~

the first and second mapping of said higher order modulation schemes are pre-stored in a memory table.

37. (Currently Amended) The receiver according to claim 36, wherein properties of the first and second <u>mappings</u> ~~modulation schemes~~ are obtained by (a) interleaving positions of the bits, in the bit sequence of the modulation scheme or (b) inverting bit values of the bits in the bit series of the modulation scheme.

38. (Currently Amended) A receiver for use in an ARQ re-transmission method in a wireless communication system in which data packets are transmitted from a transmitter to the receiver using a higher order modulation scheme wherein more than two data bits are mapped

10

onto one data symbol to perform a first transmission and at least a second transmission based on a repeat request, wherein the transmitter modulates data packets using a first mapping of said higher order modulation scheme to obtain first data symbols, performs said first transmission by transmitting the first data symbols over a first diversity branch to the receiver, modulates the data packets using a second mapping of said higher order modulation scheme to obtain second data symbols, and performs said second transmission by transmitting the second data symbols over a second diversity branch to the receiver, said receiver comprising:

<u>a demodulation section that demodulates the received first data symbols using the first mapping;</u>

<u>a communication section that communicates, to the transmitter, the repeat request to retransmit the data packets if the data packets are not successfully decoded ; and</u>

<u>a combination section, wherein:</u>

<u>the</u> ~~a~~ demodulation section<u>, based upon the repeat request,</u> ~~that~~ demodulates the received ~~first and~~ second data symbols at the receiver using the ~~first and~~ second <u>mapping,</u> ~~mappings respectively; and~~

<u>the</u> ~~a~~ combination section<u>, based upon the repeat request,</u> ~~that~~ diversity combines the demodulated data received over the first and second diversity branches, <u>and</u> ~~wherein:~~

the first and second mapping of said higher order modulation schemes are signaled to the receiver.

39. (Currently Amended)  The receiver according to claim 38, wherein properties of the first and second <u>mappings</u> ~~modulation schemes~~ are obtained by (a) interleaving positions of the

11

bits, in the bit sequence of the modulation scheme or (b) inverting bit values of the bits in the bit series of the modulation scheme.

40. (Currently Amended) An ARQ re-transmission system in a wireless communication system wherein data packets are transmitted using a higher order modulation scheme wherein more than two data bits are mapped onto one data symbol to perform a first transmission and at least a second transmission based on a repeat request, said system comprising:

(a) a transmitter comprising:

a modulation section that modulates data packets using a first mapping of said higher order modulation scheme to obtain first data symbols;

a transmission section that performs the first transmission by transmitting the first data symbols over a first diversity branch to the receiver;

<u>a receiving section that receives the repeat request issued by the receiver to retransmit the data packets in case the data packets of the first transmission have not been successfully decoded</u>, wherein:

said modulation section<u>, in response to the received repeat request,</u> modulates said data packets using a second mapping of said higher order modulation scheme to obtain second data symbols;

said transmission section<u>, in response to the received repeat request,</u> performs the second transmission by transmitting the second data symbols over a second diversity branch to the receiver; and

(b) a receiver comprising:

12

<u>a demodulation section that demodulates the received first data symbols using the first mapping;</u>

<u>a communication section that communicates, to the transmitter, the repeat request to retransmit the data packets if the data packets are not successfully decoded ; and</u>

<u>a combination section, wherein:</u>

<u>the</u> ~~a~~ demodulation section<u>, based upon the repeat request,</u> ~~that~~ demodulates the received ~~first and~~ second data symbols at the receiver using the ~~first and~~ second <u>mapping,</u> ~~mappings respectively; and~~

<u>the</u> ~~a~~ combination section<u>, based upon the repeat request,</u> ~~that~~ diversity combines the demodulated data received over the first and second diversity branches, <u>and</u> ~~wherein:~~

the first and second mapping of said higher order modulation schemes are pre-stored in a memory table.

41. (Currently Amended) The system according to claim 40, wherein properties of the first and second <u>mappings</u> ~~modulation schemes~~ are obtained by (a) interleaving positions of the bits, in the bit sequence of the modulation scheme or (b) inverting bit values of the bits in the bit series of the modulation scheme.

42. (Currently Amended) An ARQ re-transmission system in a wireless communication system wherein data packets are transmitted using a higher order modulation scheme wherein more than two data bits are mapped onto one data symbol to perform a first transmission and at least a second transmission based on a repeat request, said system comprising:

13

(a) a transmitter comprising:

a modulation section that modulates data packets using a first mapping of said higher order modulation scheme to obtain first data symbols;

a transmission section that performs the first transmission by transmitting the first data symbols over a first diversity branch to the receiver;

a receiving section that receives the repeat request issued by the receiver to retransmit the data packets in case the data packets of the first transmission have not been successfully decoded, wherein:

said modulation section, in response to the received repeat request, modulates said data packets using a second mapping of said higher order modulation scheme to obtain second data symbols;

said transmission section, in response to the received repeat request, performs the second transmission by transmitting the second data symbols over a second diversity branch to the receiver; and

(b) a receiver comprising:

a demodulation section that demodulates the received first data symbols using the first mapping;

a communication section that communicates, to the transmitter, the repeat request to retransmit the data packets if the data packets are not successfully decoded ; and

a combination section, wherein:

14

the ~~a~~ demodulation section, based upon the repeat request, ~~that~~ demodulates the received ~~first and~~ second data symbols at the receiver using the ~~first and~~ second mapping, ~~mappings respectively; and~~

the ~~a~~ combination section, based upon the repeat request, ~~that~~ diversity combines the demodulated data received over the first and second diversity branches, and ~~wherein:~~

the first and second mapping of said higher order modulation schemes are signaled to the receiver.

43. (Currently Amended) The system according to claim 42, wherein properties of the first and second mappings ~~modulation schemes~~ are obtained by (a) interleaving positions of the bits, in the bit sequence of the modulation scheme or (b) inverting bit values of the bits in the bit series of the modulation scheme.

## REMARKS

Reconsideration and allowance of this application are respectfully requested in light of the above amendments and the following remarks.

Support for the amendments to claims 24-43 is provided, for example, on page 7, last paragraph, of the specification.

Claims 24, 26, 28, 30, 32, 34, 36, 38, 40, and 42 were rejected, under 35 USC §102(e), as being anticipated by Riazi et al. (US 6,580,705). Claims 25, 27, 29, 31, 33, 35, 37, 39, 41, and 43 were rejected, under 35 USC §103(a), as being unpatentable over Riazi in view of Ostman (US 2003/0039229). To the extent these rejections may be deemed applicable to the amended claims, the Applicants respectfully traverse based on the points set forth below. References herein to the specification and drawings are for illustrative purposes only and are not intended to limit the scope of the invention to the referenced embodiments.

Claim 24 now defines an ARQ retransmission method in which more than two data bits are mapped onto one data symbol in each of an initial transmission and a retransmission. The symbols of the initial transmission and the retransmission represent the same bit information, but are different symbols due to different bit mappings. Since different bits of a modulation symbol have different communication reliabilities, the claimed subject matter supports averaging the communication reliabilities for each bit mapped onto a transmission symbol and a retransmission symbol so as to improve the likelihood of receiving the bit (see specification page 2, third to last paragraph, through page 3, second paragraph).

As tacitly acknowledged in the Office Action (see Office Action section 13), Riazi does not disclose automatic repeat request (ARQ) retransmission but, instead, discloses

16

communicating three symbols in parallel that represent the same information (see Riazi Fig. 1 and col. 1, line 57, through col. 2, line 4). The Office Action states that Applicants' ARQ retransmission feature was not given patentable weight because it was recited in the preamble of claim 24 and not the body of the claim (see Office Action section 13). The body of claim 24 has been amended to expressly recite communicating a repeat request from a receiver to a transmitter, when data packets of a first transmission are not successfully decoded, so that the data packets are retransmitted. Thus, the body of claim 24 now expressly recites an ARQ retransmission scheme.

An advantage of the claimed subject matter over Riazi's diversity combining scheme lies in reducing the overall data traffic, since the claimed retransmission is only needed in situations where an initial transmission cannot be successfully received by a receiver. The claimed subject matter employs retransmission and diversity combining only when the initial transmission is not received properly, whereas Riazi's communication scheme always transmits identical data over three parallel paths for diversity combining by a receiver and does not retransmit data in accordance with a repeat request issued by a receiver.

Accordingly, the Applicants respectfully submit that Riazi does not identically disclose and, as a result, does not anticipate the subject matter now defined by claim 24. Independent claims 26, 28, 30, 32, 34, 36, 38, 40, and 42 similarly recite the above-mentioned subject matter distinguishing method claim 24 from Riazi, though claims 32, 34, 36, 38, 40, and 42 do so with respect to an apparatus. Therefore, allowance of claims 24, 26, 28, 30, 32, 34, 36, 38, 40, and 42 and all claims dependent therefrom is deemed to be warranted.

In view of the above, it is submitted that this application is in condition for allowance, and a notice to that effect is respectfully solicited.

Respectfully submitted,

*[signature]*

James E. Ledbetter
Registration No. 28,732

Date: July 17, 2008
JEL/DWW/att

Attorney Docket No. 007725-41061
Dickinson Wright, PLLC
1901 L Street, N.W., Suite 800
Washington, D.C.
20036-3506
Telephone: (202) 457-0160
Facsimile: (202) 659-1559
DC 7725-41061 123104