## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-2198

**SWIRLATE IP LLC,**

                Plaintiff,                **JURY TRIAL DEMANDED**

   v.

                                              **PATENT CASE**

**VIASAT, INC.,**
      **a Delaware Corporation**

                Defendant.

### PLAINTIFF SWIRLATE IP LLC'S
### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Fed.R.Civ.P. 7.1, Plaintiff Swirlate IP LLC states that it does not have a parent corporation and that there is no publicly held corporation owning ten percent or more of its stock.

August 26, 2022                                       DIRECTION IP LAW

                                                         */s/ David R. Bennett*
                                                         David R. Bennett
                                                         Steven G. Kalberg
                                                         Direction IP Law
                                                         P.O. Box 14184
                                                         Chicago, IL 60614-0184
                                                         (312) 291-1667
                                                         dbennett@directionip.com

                                                         *Attorney for Plaintiff Swirlate IP LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                    */s/ David R. Bennett*
                                    David R. Bennett