IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-2198

**SWIRLATE IP LLC,**

            Plaintiff,          **JURY TRIAL DEMANDED**

  v.

                                    **PATENT CASE**

**VIASAT, INC.,**
    **a Delaware Corporation**

            Defendant.

## NOTICE OF RELATED CASES

Pursuant to D.C.COLO.LCivR 3.2, Plaintiff Swirlate IP LLC identifies the pending cases in this or any other federal, state, or foreign jurisdiction that are related to this case, namely, cases that involve the same patents in suit filed by Swirlate IP LLC:

    *Swirlate IP LLC v. In-Situ, Inc.*, C.A. 1:22-cv-01016 (D.Col.)

    *Swirlate IP LLC v. Lantronix, Inc.*, C.A. 1:22-cv-00249 (D.Del.)

    *Swirlate IP LLC v. Quantela, Inc.*, C.A. 1:22-cv-00235 (D.Del.)

    *Swirlate IP LLC v. Parsons Corporation*, C.A. 1:22-cv-03333 (N.D.Il.)

    *Swirlate IP LLC v. Jabil Inc.*, C.A. 1:22-cv-4557 (N.D.Il.)

    *Swirlate IP LLC v. Draeger, Inc.*, C.A. 2:22-cv-02044 (E.D. Pa.)

    *Swirlate IP LLC v. Amcrest Technologies LLC*, C.A. 4:22-cv-02543 (S.D.Tx)

    *Swirlate IP LLC v. Kymeta Corporation*, C.A. 2:22-cv-00914 (W.D.Wa.)

August 26, 2022                                                                DIRECTION IP LAW

                                                                     */s/ David R. Bennett*
                                                                     David R. Bennett
                                                                     Steven G. Kalberg

Direction IP Law
P.O. Box 14184
Chicago, IL 60614-0184
(312) 291-1667
dbennett@directionip.com

*Attorney for Plaintiff Swirlate IP LLC*

**CERTIFICATE OF SERVICE**

  I hereby certify that on August 26, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

            */s/ David R. Bennett*
            David R. Bennett