# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 1:22-cv-2198

**SWIRLATE IP LLC,**

                Plaintiff,        **JURY TRIAL DEMANDED**

  v.

                                 **PATENT CASE**

**VIASAT, INC.,**
      **a Delaware Corporation**

                Defendant.

## AGREED MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

Plaintiff Swirlate IP LLC ("Swirlate"), on behalf of itself and Defendant Viasat, Inc. ("Viasat"), files this Agreed Motion to Stay All Deadlines and Notice of Settlement because all matters in controversy between Swirlate and Viasat have been settled in principle. The parties require additional time for the agreement and to dismiss the case. The parties therefore respectfully request that all deadlines in the case be stayed for thirty (30) days.

Pursuant to D.C.COL.LCivR 7.1, counsel for Swirlate has conferred with counsel for Viasat and Viasat agrees to this motion.

October 20, 2022                                           DIRECTION IP LAW

                                                         */s/ David R. Bennett*
                                                         David R. Bennett
                                                         Steven G. Kalberg
                                                         Direction IP Law
                                                         P.O. Box 14184
                                                        Chicago, IL 60614-0184
                                                        (312) 291-1667
                                                        dbennett@directionip.com

                                                        *Attorney for Plaintiff Swirlate IP LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 20, 2022, I electronically filed the above documents with the Clerk of Court using CM/ECF which will send electronic notification of such filings to all registered counsel.

                                          */s/ David R. Bennett*
                                          David R. Bennett